1  Troy A. Schell, Esq. (SBN 208661)
   Bryan Wong, Esq. (SBN 205573)
2  3300 East Guasti Road, 3rd Floor
   Ontario, California 91761
3  Telephone:    (909) 235-4400
   Facsimile:    (909) 235-4419
4
   Attorneys for Plaintiff
5  Prime Healthcare Services – Shasta, LLC,
   d.b.a Shasta Regional Medical Center
6

7  PHILLIP A. TALBERT
   United States Attorney
8  PHILIP A. SCARBOROUGH
   JOSEPH B. FRUEH
9  Assistant United States Attorneys
   501 I Street, Suite 10-100
10 Sacramento, CA 95814
   E-mail:    philip.scarborough@usdoj.gov
11            joseph.frueh@usdoj.gov
   Telephone: (916) 554-2700
12 Facsimile:  (916) 554-2900

13 Attorneys for Defendant
   TOM PRICE
14 Secretary, Department of Health & Human Services

15

16                    IN THE UNITED STATES DISTRICT COURT

17                        EASTERN DISTRICT OF CALIFORNIA

18

19 | PRIME HEALTHCARE SERVICES – SHASTA LLC, a Delaware limited liability company doing business as Shasta Regional Medical Center, | Case No. 2:17-CV-00072-TLN-KJN |
   |---|---|
   | Plaintiff, | **STIPULATION AND TO CONTINUE DEFENDANT'S RESPONSE TO THE COMPLAINT** |
   | v. | |
   | TOM PRICE, in his official capacity as Secretary of the Department of Health and Human Services, | |
   | Defendant. | |

**STIPULATION TO CONTINUE DEFENDANT'S RESPONSE TO THE COMPLAINT**

IT IS HEREBY STIPULATED, by and between Plaintiff Prime Healthcare Services – Shasta, LLC, and Defendant Tom Price, through their undersigned counsel and subject to Court approval, that the deadline for Defendant's response to the Complaint be continued until after the Court issues a decision on Defendant's Motion for Stay of Proceedings (ECF No. 7), which is scheduled to be heard on April 20, 2017.  Defendant's response to the Complaint is currently due on April 17, 2017.

Specifically, the parties stipulate that, subject to Court approval, Defendant shall file his response to the Complaint within 30 days of the date of an order denying Defendant's Motion, or within 30 days of the date of an order lifting the requested stay of proceedings, whichever is applicable.

Neither trial nor any other date has been scheduled in this case pursuant to Federal Rule of Civil Procedure 16, and the parties have not previously requested a continuance.

Dated:  March 23, 2017

PHILLIP A. TALBERT
United States Attorney

By:   /s/ *Joseph B. Frueh*
JOSEPH B. FRUEH
PHILIP A. SCARBOROUGH
Assistant United States Attorneys

Attorneys for Defendant
TOM PRICE
Secretary, Department of Health & Human Services

**TROY A. SCHELL, ESQ.**
**BRYAN WONG, ESQ.**

By:   /s/ *Bryan Wong*       (authorized on 3/22/2017)
Bryan Wong, Esq.

Attorneys for Plaintiff
Prime Healthcare Services – Shasta, LLC

**IT IS SO ORDERED.**

Dated:  March 24, 2017

_____
Troy L. Nunley
United States District Judge