UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIME HEALTHCARE SERVICES – SHASTA, LLC, a Delaware limited liability company doing business as Shasta Regional Medical Center,<br><br>  Plaintiff,<br><br>  v.<br><br>THOMAS E. PRICE, M.D., in his official capacity as the Secretary of the Department of Health and Human Services,<br><br>  Defendant. | No. 2:17-cv-00431-MCE-CMK<br><br>**ORDER RELATING CASES** |
| PRIME HEALTHCARE SERVICES – SHASTA, LLC, a Delaware limited liability company doing business as Shasta Regional Medical Center,<br><br>  Plaintiff,<br><br>  v.<br><br>SYLVIA MATHEWS BURWELL, in her official capacity as Secretary of the Department of Health and Human Services,<br><br>  Defendant. | No. 2:17-cv-00071-TLN-KJN |

1

| | |
|---|---|
| PRIME HEALTHCARE SERVICES – SHASTA, LLC, a Delaware limited liability company doing business as Shasta Regional Medical Center,<br><br>        Plaintiff,<br>  v.<br><br>SYLVIA MATHEWS BURWELL, in her official capacity as Secretary of the Department of Health and Human Services,<br><br>        Defendant. | No. 2:17-cv-00073-TLN-KJN |
| PRIME HEALTHCARE SERVICES – SHASTA, LLC, a Delaware limited liability company doing business as Shasta Regional Medical Center,<br><br>        Plaintiff,<br>  v.<br><br>SYLVIA MATHEWS BURWELL, in her official capacity as Secretary of the Department of Health and Human Services,<br><br>        Defendant. | No. 2:17-cv-00082-TLN-KJN |
| PRIME HEALTHCARE SERVICES – SHASTA, LLC, a Delaware limited liability company doing business as Shasta Regional Medical Center,<br><br>        Plaintiff,<br>  v.<br><br>SYLVIA MATHEWS BURWELL, in her official capacity as Secretary of the Department of Health and Human Services,<br><br>        Defendant. | No. 2:17-cv-00069-TLN-KJN |

| | |
|---|---|
| PRIME HEALTHCARE SERVICES – SHASTA, LLC, a Delaware limited liability company doing business as Shasta Regional Medical Center,<br><br>Plaintiff,<br>v.<br><br>SYLVIA MATHEWS BURWELL, in her official capacity as Secretary of the Department of Health and Human Services,<br><br>Defendant. | No. 2:17-cv-00074-TLN-KJN |
| PRIME HEALTHCARE SERVICES – SHASTA, LLC, a Delaware limited liability company doing business as Shasta Regional Medical Center,<br><br>Plaintiff,<br>v.<br><br>SYLVIA MATHEWS BURWELL, in her official capacity as Secretary of the Department of Health and Human Services,<br><br>Defendant. | No. 2:17-cv-00072-TLN-KJN |

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997). The actions involve the same parties, are based on the same claims, the same questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges. Accordingly, the assignment of the matters to the same judge is likely to affect a substantial savings of judicial effort.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge. No consolidation of the actions is affected. Under the regular practice of this Court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated 2:17-cv-00431-MCE-CMK is hereby reassigned to District Judge Troy L. Nunley and Magistrate Judge Kendall J. Newman

for all further proceedings.  Any dates currently set in the reassigned case are hereby VACATED. Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:17-cv-00431-TLN-KJN.

    IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustments in the assignment of civil cases to compensate for this reassignment.

Dated: June 8, 2017

Troy L. Nunley
United States District Judge